EMMA MILLER, as Administratrix of JOHN R. MILLER, Deceased, Respondent, *v.* EDGAR W. YOUMANS, Appellant.

*Miller* v. *Youmans,* 13 Misc. Rep. 59, affirmed.
(Argued April 23, 1897; decided May 11, 1897.)

APPEAL from a judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered June 6, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*E. H. Benn* for appellant.

*Thomas Allison* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

GEORGE A. LANCE, as Temporary Receiver, Respondent, *v.* PATRICK J. SHAUGHNESSY, Appellant.

*Lance* v. *Shaughnessy,* 86 Hun, 411, affirmed.
(Submitted April 26, 1897; decided May 11, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered May 7, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William E. Lewis* for appellant.

*Jones & Townsend* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except MARTIN, J., not sitting.